■ DEC AIRLINE SERVICES, INC., Respondent, v TAN LINE INC., Appellant. —In an action, *inter alia,* on a contract, defendant appeals from an order of the Supreme Court, Nassau County, entered January 14, 1977, which granted plaintiff's motion to dismiss the third and fourth counterclaims contained in its answer. Order reversed, without costs or disbursements, and motion denied (see *Board of Educ. v Farmingdale Classroom Teachers Assn.,* 38 NY2d 397). Martuscello, J. P., Rabin, Cohalan and Hawkins, JJ., concur.